# UNITED STATES DISTRICT COURT
for the

District of

Division



Janiece Reynolds

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Twisted Cable Tow Company
Guardian Professional Services
Location Services

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:25CV884
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Janiece Reynolds |
   | Street Address | 455 Concord Parkway N #7544 |
   | City and County | Concord, Cabarrus County |
   | State and Zip Code | NC 28027 |
   | Telephone Number | 3475993224 |
   | E-mail Address | |

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Jason Dilliello
  Job or Title (if known): Owner
  Street Address: 9420 Sherrills Ford Rd
  City and County: Salisbury, Catawba County
  State and Zip Code: NC 28147
  Telephone Number: (704)267--4002
  E-mail Address (if known):

Defendant No. 2
  Name: Guardian Professional Services
  Job or Title (if known):
  Street Address: 9304 Forest Ln #S234
  City and County: Dallas
  State and Zip Code: TX 75243
  Telephone Number: (888)477-7843
  E-mail Address (if known): www.gps.services

Defendant No. 3
  Name: Location Services
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number: (888)525--3818
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Debt Collection Practices Act (FDCPA) – 15 U.S.C. §§ 1692–1692p
Fair Credit Reporting Act (FCRA) – 15 U.S.C. §§ 1681–1681x
Civil Action Jurisdiction – 28 U.S.C. § 1331
Supplemental Jurisdiction – 28 U.S.C. § 1367
Uniform Commercial Code, Article 9
The 4th Amendment
The 5th Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Reynolds, Janiece, is a citizen of the State of *(name)* North Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, *(name)* Twisted Cable Tow Company , is incorporated under the laws of the State of *(name)* NC , and has its principal place of business in the State of *(name)* NC .
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff has suffered substantial harm as a result of Defendants' unlawful repossession and related conduct. Defendants' actions deprived Plaintiff of the use of essential property needed for child transportation, groceries, and employment, causing significant financial loss and hardship. Plaintiff also endured severe emotional distress and humiliation due to the unlawful conduct and Defendants' refusal to provide notice, documentation, or identification of the lender. Plaintiff seeks recovery of statutory damages under federal law, actual damages for lost wages, out-of-pocket expenses, and loss of use of property, emotional distress damages, and punitive damages for Defendants' willful and reckless misconduct. In total, Plaintiff requests damages in an amount not less than $200,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about September 19/2025, Defendants Twisted Cable Tow Company, Location Services, and Guardian Professional Services coordinated and caused the unlawful repossession of Plaintiff's 2016 Nissan Altima Sedan in Kannapolis, North Carolina. 1.) Defendants did not provide Plaintiff with any written notice, ledger, contract, or other documentation verifying an alleged debt prior to repossessing the property. 2.) Plaintiff called each Defendant on September 19, 2025 to request documentation, including the contract, ledger, chain of title, and identity of the lender. Each Defendant refused to provide the requested documentation or identify the lender. 3.) Defendants, through their agent Twisted Cable Tow Company, repossessed Plaintiff's property without providing the required ninety-six (96) hours' advance notice containing pertinent information regarding the repossession. 4.) As a direct result of Defendants' conduct, Plaintiff was deprived of the use of the property necessary for child transportation, groceries, and employment, leaving Plaintiff unable to meet basic living needs. 5.) Plaintiff suffered financial losses, including lost income and out-of-pocket expenses, and experienced severe emotional distress and humiliation due to the loss of the property and Defendants' refusal to provide documentation or notice.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests that the Court order the following relief against Defendants: Actual Damages: 1.) Loss of use of property, including the repossessed vehicle, resulting in inability to transport children, obtain groceries, and maintain employment: $25,000. 2.) Lost wages and employment opportunities due to inability to travel and perform work duties: $20,000. 3.) Out-of-pocket expenses, including fees associated with the repossession, storage, and other necessary costs: $5,000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____

State and Zip Code  _____
Telephone Number  _____
E-mail Address    _____